UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDDIE SUSSMAN, SR., ET AL**          **CIVIL ACTION**

**VERSUS**                              **NO:    15-02373**

**FINANCIAL GUARDS, LLC, ET AL**        **SECTION: "H" (4)**

## ORDER

Before the Court is Defendant Danial Dragan's **Motion to Proceed In Forma Pauperis (R. Doc. 74)** seeking leave to proceed *in forma pauperis*. While the Court is uncertain why Dragan wishes to proceed *in forma pauperis* at this stage in the litigation as it is unlikely that Dragan will utilize such a status in the paying of any fees, Dragan's motivation appears to be a desire to further demonstrate an inability to pay for counsel. R. Doc. 74, p. 1 (stating that the form "proves that he can not [sic] afford financially to hire an attorney"). However, as Dragan is proceeding pro se, the Court construes his motion broadly. *Perez v. United States,* 312 F.3d 191, 195-96 (5th Cir.2002). Moreover, "[t]he only determination to be made by the court under § 1915(a), therefore, is whether the statements in the affidavit satisfy the requirement of poverty." *Watson v. Ault,* 525 F.2d 886, 890–91 (5th Cir.1976) (citing *Campbell v. Beto,* 460 F.2d 765, 768 (5th Cir .1972); *Lockhart v. D'Ursu,* 408 F.2d 354 (3d Cir.1969)). On review of the information contained on Dragan's application, the Court believes that he has demonstrated the necessary level of financial difficulty. As such, the Court grants the motion to proceed *in forma pauperis*.

*However*, the Court reiterates what it has already informed Dragan in its prior order. **The Court does not believe that there are exceptional circumstances requiring the appointment of counsel in this case even if Dragan is unable to afford counsel.** The granting of the instant motion does not alter the Court's prior analysis.

Accordingly,

**IT IS ORDERED** that the Defendant's **Motion to Proceed In Forma Pauperis (R. Doc. 74)** is **GRANTED.**

New Orleans, Louisiana, this 15th day of June 2017.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**